IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| Robert F. Alsup, Jr. | ) | No.: 3:08-1006 |
| Plaintiffs | ) | |
| v. | ) | Judge Haynes |
| | ) | |
| Miles Crowe; and | ) | Magistrate Knowles |
| Crowe's Custom Granite Countertops, Inc. | ) | |
| Defendants | ) | |

### STIPULATION OF DISMISSAL

COME the parties, by and through their counsel, who agree, as evidenced by their respective signatures below, agree that this case shall be dismissed, with prejudice.

IT IS SO ORDERED this 11th day of December, 2008.

_____
WILLIAM J. HAYNES, JR.
DISTRICT COURT JUDGE

Approved for Entry:

DOBBINS & VENICK

By: /s Irwin Venick
    Irwin Venick (BPR #004112)

    210 25th Avenue, North, Suite 1010
    Nashville, Tennessee 37203
    615-321-5659
    Counsel for Robert F. Alsup, Jr.